RECEIVED

OCT 0 3 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **WILLIAM GREEN HOOD, ET AL** | * | **CIVIL ACTION NO. 04-2194** |
| **VERSUS NO.** | * | **JUDGE JAMES** |
| **EL PASO FIELD SVC HOLDING CO** | * | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss without Prejudice filed by Plaintiffs, William Green Hood, Ganie McCurry Farrar, and Jessie Mae McCurry (Document 11) be **GRANTED**.

**THUS DONE AND SIGNED** this __3__ day of __October__, 2005, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION